```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

DARLENE MUDD,

                      Plaintiff,
vs.                             Case No.  2:06-cv-67-FtM-33DNF

CULTURAL CENTER OF CHARLOTTE COUNTY,
INC. and CHARLOTTE COUNTY,

                      Defendants.
_____/

**ORDER**

    This matter comes before the Court pursuant to Defendant Cultural Center of Charlotte County, Inc.'s Motion to Stay Proceedings Pending Remediation (Doc. # 13), which was filed on March 28, 2006.  On April 12, 2006, Defendant filed a Supplement to the motion to stay (Doc. # 19).

    Defendant Cultural Center of Charlotte County, Inc. seeks an Order staying this case for ninety (90) days pending remediation. Defendant's motion explains: "Should this Court stay the proceedings, THE CENTER can complete the remediation and accommodate Plaintiff's stated desire to remove barriers to accessibility and work toward a settlement, while conserving judicial resources, attorney's fees, and costs expended in ths matter." (Doc. # 13).

Defendant Cultural Center advises the Court that Defendant Charlotte County does not object to the stay. Defendant Cultural Center's motion originally stated that it was unable to discuss the motion to stay with Plaintiff; however, Defendant's supplement to the motion to stay indicates that Defendant has discussed the present motion to stay with Plaintiff, and Plaintiff does not oppose the entry of an order staying this case for a period of ninety (90) days.

This Court has broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the stay requested is reasonable and should be entered.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. Defendant Cultural Center of Charlotte County, Inc.'s Motion to Stay Proceedings Pending Remediation (Doc. # 13) is **GRANTED.** The deadlines of this case are stayed for a period of **NINETY (90) DAYS**.

2. The parties shall file a joint status report at the end of the ninety day stay period **(July 13, 2006)** advising the Court of whether, given the Defendants' remediation efforts, the case

has been resolved or whether the stay should be lifted for further proceedings.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 13th day of April, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record